984 So.2d 2 (2008)
In the Matter of WASTE MANAGEMENT OF LOUISIANA, L.L.C., Woodside Landfill Air Permitting Decision.
No. 2007-C-2419.
Supreme Court of Louisiana.
June 18, 2008.
*3 In re Waste Management of Louisiana, L.L.C.;Other; Applying for Writ of Certiorari and/or Review, Parish of E. Baton Rouge, 19th Judicial District Court Div. M, No. 529,640; to the Court of Appeal, First Circuit, No. 2006 CA 1011.
Denied.
CALOGERO, C.J., would grant.
KIMBALL, J., would grant.
JOHNSON, J., would grant.